Arasto Farsad, Esq. (SBN #273118)
FARSAD LAW OFFICE, P.C.
2905 Stender Way, Suite 76
Santa Clara, CA 95054
Tel: (408) 641-9966
Fax: (408) 866-74334

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Rofel Grace Moreno<br><br><br><br>Debtor(s). | Case No. 18-51558 SLJ<br>Chapter 13<br><br>**NON-OPPOSITION TO THE MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 109(g)(2); OR, IN THE ALTERNATIVE, MOTION TO DISMISS CASE FOR IMPROPER VENUE**<br><br>Hearing Date: October 10, 2018<br>Hearing Time: 2:30 p.m.<br>Judge: Hon. Stephen L. Johnson<br>Place: United States Bankruptcy Court<br>280 S. First Street, Courtroom 3099<br>San Jose, CA 95113 |

    The Debtor, Rofel Grace Moreno, through her attorney, Arasto Farsad, hereby files this Non-Opposition to the Motion to Dismiss Case Pursuant to 11 U.S.C § 109(g)(2); or in the Alternative, Motion to Dismiss Case for Improper Venue ("Motion") filed on September 19, 2018 under Docket No. #43.

    Despite the text of 11 U.S.C § 109(g)(2) not allowing for a second filing within 180 days of a voluntary dismissal of a previous filing, Debtor believed the Court might consider mitigating circumstances. There is case law allowing the Court to exercise its discretion regarding

1

dismissal based upon 11 U.S.C § 109(g)(2) if secured creditors would not be prejudiced by the filing; if the Debtor had shown good faith in the previous and current filing.

Further, despite the formal move to Santa Clara County in June, 2018, Debtor acknowledges spending the major portion of her week in Santa Clara County during the period of January to August, 2018 at her sister's residence does not constitute prima facie evidence of "principal residence" there. For this, Debtor apologizes to the Court and the Chapter 13 Trustee and files this Non-Opposition to the Motion.

Dated: September 26, 2018

*/s/ Arasto Farsad*
Arasto Farsad, Esq.
Attorney for Debtor herein